Revised 12/01/2010

# United States Bankruptcy Court
## Western District of Missouri

In re:  **Douglas Edward Sutton**
**Wendy Lynne Sutton**

Case No.

Debtor(s)

SSN:    xxx-xx-8165
SSN:    xxx-xx-0306

## THIRD AMENDED CHAPTER 13 PLAN

**13.**    **OTHER REMARKS OR PROVISIONS**

**The plan is amended to provide the following: Payments of $200 per month have been made directly to Springcastle Credit Funding Trust by Debtors through the month of June, 2015.  Payments to Springcastle Credit Funding Trust from the trustee shall commence in July, 2015, from plan payments. All other provisions shall remain the same.**

Date:   July 22, 2015
By:     /s/ Todd S. Abplanalp
        Attorney name:    Todd S. Abplanalp 55013
                          1308 NE Windsor Dr.
        Attorney address:   Lees Summit, MO 64086
        Attorney phone number:   816-434-7300

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy